Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

---

The American HFC Coalition, Arkema Inc., The Chemours Company FC, LLC, Honeywell International Inc., Mexichem Fluor Inc.

**Plaintiff,**

v.

**UNITED STATES,**

**Defendant.**

---

**S U M M O N S**

Court No. 23-00210

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. The American HFC Coalition, Arkema Inc., The Chemours Company FC, LLC, Honeywell International Inc., and Mexichem Fluor Inc. have standing because they are a a trade or business association a majority of whose members manufacture, produce, or wholesale a domestic like product in the United (19 U.S.C. 1677(9)(C); 19 U.S.C. 1677(9)(E))

   (Name and standing of plaintiff)

2. Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce contained in 1,1,1,2-Tetrafluoroethane (R-134a) from the People's Republic of China Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021-2022.

   (Brief description of contested determination)

3. September 5, 2023
   (Date of determination)

4. 1,1,1,2-Tetrafluoroethane (R-134a) From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021-2022 88 Fed. Reg. 60639 (Sept. 5, 2023)

   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ James R. Cannon Jr.

Signature of Plaintiff's Attorney

October 5, 2023
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

James R. Cannon, Jr.
900 19th Street NW,
Suite 400 Washington, DC 20006,
202-567-2318

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW.,
Washington, DC 20230